IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL PETERS                                                    PLAINTIFF

v.                          No. 3:18-cv-15-DPM

INMATE SERVICES CORP.                                             DEFENDANT

### ORDER

This new case is an echo of another case, *Stearns v. Inmate Services Corporation, et al.*, No. 3:16-cv-339-BRW-JJV, which is pending before District Judge Wilson and Magistrate Judge Volpe. The transfer of this case from the Northern District of Ohio was based on the pendency of *Stearns* here. № 24. To promote judicial economy, the Court therefore directs the Clerk to transfer this case to Judge Wilson and change the Magistrate Judge designation to Judge Volpe.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 January 2018